PROB 22 (Rev. 01/24)

DOCKET NUMBER *(Tran. Court)*
0977 1:11CR00127-01

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
2:25-cr-00295-RFB-DJA-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| HOWARD JAY BONIFANT | Montana | Billings |

NAME OF SENTENCING JUDGE: U.S. District Court Judge Susan P. Watters

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 01/08/2024 | TO 01/07/2029 |
|---|---|---|

**OFFENSE**
21:846 - Conspiracy to Distribute Methamphetamine

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Bonifant does not plan on returning to the District of Montana.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Montana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8-22-2025
Date

*/s/ Susan P. Watters*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/22/2025
Effective Date

*/s/*
United States District Judge

1